UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Skye Coles, | Case No. 2:25-cv-00777-CDS-NJK |
| Plaintiff | **Order Directing Parties to File a Joint Status Report or Dismissal** |
| v. | |
| Universal Protection Service LP, et al., | |
| Defendants | |

In September, the parties reached a settlement at an early neutral evaluation. Min. of proceedings, ECF No. 24. At that time, United States Magistrate Judge Maximiliano D. Couvillier III ordered the parties to file a stipulation of dismissal by November 7, 2025. *Id.* That deadline passed without the parties filing a stipulated dismissal, a status report, or a request for an extension of time.

It is therefore ordered that a stipulation of dismissal, or a joint status report addressing settlement, must be filed by December 9, 2025.

Dated: December 2, 2025

_____
Cristina D. Silva
United States District Judge